IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MARCUS EDWARDS,                )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )      3:13cv871-MHT
                               )          (WO)
SHERIFF JIMMY ABBETT           )
(in his individual and         )
official capacity as           )
Sheriff of Tallapoosa          )
County, Alabama); et al.,      )
                               )
    Defendants.                )
```

JUDGMENT

By agreement of the parties, as expressed during a hearing held on the record on August 25, 2016, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Marcus Edwards's claims against defendant Tallapoosa County, as well as his official-capacity claims against defendants Jimmy Abbett, Blake Jennings, and Cathy Dubose, are dismissed with prejudice, with the parties to bear their own costs. Edwards's individual-capacity claims against defendants Abbett,

Jennings, and Dubose remain pending.

The clerk of the court is DIRECTED to terminate only defendant Tallapoosa County, and to enter this document on the civil dockets as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 25th day of August, 2016.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**