IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |  |
|---|---|---|
| MARCUS EDWARDS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:13cv871-MHT |
| | ) | (WO) |
| SHERIFF JIMMY ABBETT | ) | |
| (in his individual | ) | |
| capacity), et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants Jimmy Abbett, Blake Jennings, and Cathy Dubose's motion to dismiss (doc. no. 45) is granted as to all of plaintiff Marcus Edwards's claims except his leg injury claim.

(2) All of plaintiff Edwards's claims except his leg injury claim are dismissed.

(3) This case will proceed as to plaintiff Edwards's leg injury claim.

This case is not closed.

DONE, this the 2nd day of November, 2020.

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**