IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARCUS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:13cv871-MHT |
| ) | (WO) |
| SHERIFF JIMMY ABBETT ) | |
| (in his individual ) | |
| capacity), et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendants' motion for summary judgment (Doc. 69) is granted.

(2) Judgment is entered in favor of defendants Jimmy Abbett, Blake Jennings, and Cathy Dubose and against plaintiff Marcus Edwards, with plaintiff Edwards taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Edwards, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of August, 2021.

                                                  /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**